October 15, 2018

United States Courthouse
Clerk's Office
517 E. Wisconsin Avenue
Milwaukee, WI 53121

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 OCT 16 P 12: 14

STEPHEN C. DRIES
CLERK

Re: Records request

Dear Sirs:

I am requesting the following records.

I am requesting the docket sheet for Case # 15-CR-137.

I am requesting the transcripts from the arraignment and plea hearing for Case # 15-CR-137.

I am requesting the transcripts from the arraignment and plea hearing for Case # 16-CR-100.

I am requesting the transcripts from the arraignment and plea hearing for Case # 15-CR-115's superseding indictment.

I am requesting two (2) § 2255 forms and a copy of the local rules for the filing of a § 2255 Habeas Corpus petition.

If there is a cost relative to this request, please let me know.

Regards,

Todd A. Dyer
Reg. No. 05409-089
F.C.I. Elkton
P.O. Box 10
Lisbon, OH 44432

NAME  TODD DIEL
REG.# 05409-089
Federal Correctional Institution Elkton
P. O. BOX 10
Lisbon, OH 44432

◇05409-089◇
Clerk Of Circuit Court
517 E Wisconsin AVE
Milwaukee, WI 53202
United States

53202-450099

