# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE

517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

October 19, 2018

Todd A. Dyer, #05409-089
FCI Elkton
PO Box 10
Lisbon, OH 44432

Re: U.S. v. Todd A. Dyer, Case Nos. 15-CR-115, 15-CR-137, 16-CR-100

Dear Mr. Dyer:

The Clerk's Office has received your letter requesting transcripts from various cases. To pursue your request, the enclosed Transcript Order Forms must be completed and returned to the address below. Thereafter, you will be notified by the assigned court reporter/transcriber with the cost estimate and payment instructions. (The cost to transcribe hearings at a normal turnaround time of 30 days is $3.65 per page with one hour hearings averaging 35-45 pages.)

Please note by submitting the Transcript Order Form you understand that you are responsible for the transcription cost, that said cost will not be paid by the court, and that work on your transcript will not begin until the court reporter receives your payment.

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

s/K. Wilson
Deputy Clerk

Mail Transcript Order Form To:
U.S. District Court — Eastern District of Wisconsin
517 E. Wisconsin Ave, Rm. 362
Milwaukee, WI 53202



# PRISONER TRANSCRIPT ORDER FORM

1. Date of Request _____

2. Person Placing Order _____

3. Inmate # _____

4. Institution _____

5. Institution Address _____

6. Case Name  USA v. Todd Dyer

7. Case No.  15-CR-115

8. Hearing Transcript(s) Requested _____
   _____
   _____

9. Turnaround Service (Calculated from date payment is received)
   a. [ ] 30-Day ($3.65 per page)
   b. [ ] 14-Day ($4.25 per page)
   c. [ ] 7-Day ($4.85 per page)

10. Mail Completed Transcript(s) To:
    [ ] Institution listed above
    [ ] Other address (indicate below)
    _____
    _____

*In placing this order, I understand that I am responsible to pay all charges and that this request is NOT for court-paid transcripts. I further understand that once this order is submitted, an estimate of cost will be provided to me and I will be responsible for payment of the entire estimate before any work will begin on my request.*

_____

**Signature**

After completing this order form, mail to:

U.S. District Court – Eastern District of Wisconsin
517 E Wisconsin Ave, Rm 362,
Milwaukee, WI 53202



# PRISONER TRANSCRIPT ORDER FORM

1. Date of Request _____

2. Person Placing Order _____

3. Inmate # _____

4. Institution _____

5. Institution Address _____

6. Case Name __USA v. Todd Dyer_____

7. Case No. __15-CR-137_____

8. Hearing Transcript(s) Requested _____
   _____
   _____

9. Turnaround Service (Calculated from date payment is received)
   a. [ ] 30-Day ($3.65 per page)
   b. [ ] 14-Day ($4.25 per page)
   c. [ ] 7-Day ($4.85 per page)

10. Mail Completed Transcript(s) To:
    [ ] Institution listed above
    [ ] Other address (*indicate below*)
    _____
    _____

*In placing this order, I understand that I am responsible to pay all charges and that this request is NOT for court-paid transcripts. I further understand that once this order is submitted, an estimate of cost will be provided to me and I will be responsible for payment of the entire estimate before any work will begin on my request.*

_____

**Signature**

After completing this order form, mail to:

U.S. District Court – Eastern District of Wisconsin
517 E Wisconsin Ave, Rm 362,
Milwaukee, WI 53202



# PRISONER TRANSCRIPT ORDER FORM

1. Date of Request _____

2. Person Placing Order _____

3. Inmate # _____

4. Institution _____

5. Institution Address _____

6. Case Name __USA v. Todd Dyer_____

7. Case No. __16-CR-100_____

8. Hearing Transcript(s) Requested _____
   _____
   _____

9. **Turnaround Service** (Calculated from date payment is received)
   a. [ ] 30-Day ($3.65 per page)
   b. [ ] 14-Day ($4.25 per page)
   c. [ ] 7-Day ($4.85 per page)

10. **Mail Completed Transcript(s) To:**
    [ ] Institution listed above
    [ ] Other address (*indicate below*)
    _____
    _____

*In placing this order, I understand that I am responsible to pay all charges and that this request is NOT for court-paid transcripts. I further understand that once this order is submitted, an estimate of cost will be provided to me and I will be responsible for payment of the entire estimate before any work will begin on my request.*

_____
**Signature**

After completing this order form, mail to:

U.S. District Court – Eastern District of Wisconsin
517 E Wisconsin Ave, Rm 362,
Milwaukee, WI 53202